# Third District Court of Appeal

## State of Florida

Opinion filed November 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0735
Lower Tribunal No. F17-1803
_____


**Kevin Walker**,
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Carlos J. Martinez, Public Defender, and Jennifer Thornton, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.


Before FERNANDEZ, LINDSEY, and GOODEN, JJ.

PER CURIAM.

Appellant Kevin Walker appeals a conviction and sentence for the second-degree murder of Kevin Henry and the attempted manslaughter of Samuel Nolan. Appellant contends that the State made improper argument during closing arguments. We affirm because "the courts of this state allow attorneys wide latitude to argue to the jury during closing argument. Logical inferences may be drawn, and counsel is allowed to advance all legitimate arguments." <u>Smith v. State</u>, 7 So. 3d 473, 509 (Fla. 2009) (citations omitted).

Affirmed.